BANTA, TRUSTEE, *v.* UNITED STATES ET AL.

No. 430.   Decided November 12, 1957.

*Richard Swan Buell* and *Justin W. Seymour* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, W. Louise Florencourt, Robert W. Ginnane* and *B. Franklin Taylor, Jr.* for the United States and the Interstate Commerce Commission, appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.